No. 254. BRUCE NEFF, PLAINTIFF IN ERROR, *v.* R. A. JACKSON, SHERIFF OF HILLSBORO COUNTY. In error

to the Supreme Court of the State of Florida. Submitted for the plaintiff in error May 4, 1915. Decided May 10, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Consolidated Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis*, 233 U. S. 652, 658; see *Hendrick* v. *Maryland*, 235 U. S. 610. *Mr. Benjamin Micou* and *Mr. Hilary A. Herbert* for the plaintiff in error. No appearance for the defendant in error.